1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CASBN 132043)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile: (510) 637-3724

8  Attorneys for the United States of America

FILED

NOV 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN HOLLODAY, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 4-05-70558 WDB <br><br> UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT AND RECALL ARREST WARRANT ; ORDER |

The United States' hereby moves to dismiss the criminal complaint in this matter and also moves to retract the arrest warrant.

The government is not proceeding on this matter as it was jointly decided by the Alameda County District Attorney's Office and the United States Attorney's Office that this case would be prosecuted by the District Attorney's Office. As such, the government makes the aforementioned request.

//

HOLLODAY - U.S. MTN. TO DISM. CRIMINAL
COMPLAINT AND RETRACT ARREST WARRANT

Respectfully Submitted,

KEVIN V. RYAN
United States Attorney

DATED: 11/15/05

_____
KIMBERLY M. BRIGGS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/15/05

_____
UNITED STATES MAGISTRATE JUDGE
NANDOR J. VADAS

HOLLODAY - U.S. MTN. TO DISM. CRIMINAL
COMPLAINT AND RETRACT ARREST WARRANT